IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARITZA APONTE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Commissioner of Soc. Sec., | : | No. 20-5008 |
| Defendant. | : | |

## ORDER AND JUDGMENT

AND NOW, on October 25, 2021, upon consideration of Plaintiff Maritza Aponte's Brief

in Support of her Request for Review (doc. 13) and the Commissioner's Response (doc. 14), it is

ORDERED:

1. Plaintiff's Request for Review (doc. 13) is DENIED;

2. JUDGMENT is entered in favor of the Commissioner and against Plaintiff; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ *Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE